# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-9783-GW-MRWx | Date | March 23, 2020 |
|---|---|---|---|
| Title | *Leo G. Hammer v. BNSF Railway Company* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On March 19, 2020, Plaintiff and Counter-Defendant Leo G. Hammer filed a Notice of Settlement. The Court sets an order to show cause re settlement hearing for April 20, 2020 at 8:30 a.m. The parties are advised the hearing will be vacated, and no appearance will be required provided a stipulation to dismiss is filed by noon on April 17, 2020.

All previously set deadlines and hearing dates are vacated and taken off-calendar.

: 

Initials of Preparer  JG